IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH MORRIS CREAR, #26015389, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:26-cv-2421-X (BT) |
| | § | |
| JOHN WILEY PRICE, *et al.* | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). Plaintiff Keith Crear did not file an objection. The District Court viewed the proposed findings, conclusions, and recommendation for plain error. In accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and accepts them.

By separate judgment, the Court will **DISMISS WITHOUT PREJUDICE** the plaintiff's case for lack of subject matter jurisdiction.

SIGNED this 26th day of August, 2026.

BRANTLEY STARR
**UNITED STATES DISTRICT JUDGE**